PROB 35  
(Rev. 4/81)

Report and Order Terminating Probation/  
Supervised Release Prior to Original Expiration Date

# United States District Court
## For The
## District of New Jersey

UNITED STATES OF AMERICA

v.                                                             Crim. No.   98-00205-001

Robert Greitzer

On November 7, 2003, the above named was sentenced to 3 months imprisonment, to be followed by a three-year term of supervised release. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervised release supervision. It is accordingly recommended that Collins be discharged from supervised release.

Respectfully submitted,

*Kristen Fusiak*

United States Probation Intern  
Kristen Fusiak

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervised release and that the proceedings in the case be terminated.

Dated this ___24th___ day of ___August___, 20_06_.

United States District Judge